397 A.2d 1227

**COMMONWEALTH of Pennsylvania**

v.

**George LANTZY, Appellant.**

Superior Court of Pennsylvania.

Argued Oct. 26, 1978.

Decided Feb. 15, 1979.

318

Ronald P. Rusinak, Assistant Public Defender, Johnstown, for appellant.

Gerard Long, District Attorney, Ebensburg, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

PER CURIAM:

This case is remanded to the lower court in order to permit appellant to file a petition to withdraw his guilty plea. Such petition must be filed by appellant within thirty (30) days after notice has been given to appellant of this Order. Should the lower court deny appellant's petition, appeal may be taken within thirty (30) days of the date of such Order denying the petition, at which time appellant may also raise the issue of excessive sentence.